UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X

GONZALO RAMIREZ VILLEGAS,

                Plaintiff,

-against-

LA CASA DEL MOFONGO, INC. JOSE FELIX
CABRERA, and MIOSOTIS N. CABRERA,

                Defendants.

------------------------------------------------------------X

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 12/5/2023

23-CV-07768 (PAE)(SN)

**ORDER**

**SARAH NETBURN, United States Magistrate Judge:**

       Pursuant to the parties' December 1, 2023 stipulation IT IS SO ORDERED. Defendants LA CASA DEL MOFONGO, INC., JOSE FELIX CABRERA and MIOSOTIS CABRERA are directed to answer or otherwise respond to the Plaintiff's complaint on or before Tuesday, January 2, 2024.

SO ORDERED.

                                                                   SARAH NETBURN
                                                                   United States Magistrate Judge

DATED:    December 5, 2023
               New York, New York