UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X

GONZALO RAMIREZ VILLEGAS,

                      **Plaintiff,**

      -against-

LA CASA DEL MOFONGO, INC. JOSE FELIX
CABRERA, and MIOSOTIS N. CABRERA,

                      **Defendants.**

------------------------------------------------------------X

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 1/3/2024

23-CV-07768 (PAE)(SN)

<u>ORDER</u>

**SARAH NETBURN, United States Magistrate Judge:**

       Pursuant to the parties' January 2, 2024 stipulation IT IS SO ORDERED. Defendants LA CASA DEL MOFONGO, INC., JOSE FELIX CABRERA and MIOSOTIS CABRERA are directed to answer or otherwise respond to the Plaintiff's complaint on or before Friday, February 2, 2024. No further extensions will be granted.

SO ORDERED.

DATED:   January 3, 2024
               New York, New York

                                                 _____
                                                 SARAH NETBURN
                                                 United States Magistrate Judge