UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------------X

GONZALO RAMIRES VILLEGAS,

                                Plaintiff,

              -against-

LA CASA DEL MOFONGO, INC., et al.,

                              Defendants.

-------------------------------------------------------------------X

**23-CV-07768 (PAE)(SN)**

**ORDER**

**USDC SDNY**
**DOCUMENT**
**ELECTRONICALLY FILED**
**DOC #:** _____
**DATE FILED:** __ 12/16/2024 __

**SARAH NETBURN, United States Magistrate Judge**:

       In light of the close of discovery on December 13, 2024, the parties are directed to contact Courtroom Deputy Diljah Shaw by email at Diljah_Shaw@nysd.uscourts.gov to schedule a settlement conference if it would be productive at this time. Due to the Court's busy calendar, settlement conferences must generally be scheduled at least four to six weeks in advance. The Court will likely be unable to accommodate last-minute requests for settlement conferences, and the parties should not anticipate that litigation deadlines will be adjourned in response to late requests for settlement conferences.

**SO ORDERED.**

                              _____
                              SARAH NETBURN
                              United States Magistrate Judge

DATED:       December 16, 2024
                 New York, New York