UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------X

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: __12/20/2024__
```

GONZALO RAMIREZ VILLEGAS,

                              Plaintiff,

              -against-

LA CASA DEL MOFONGO, INC., et al.,

                    Defendants.

-------------------------------------------------------------X

23-CV-07768 (SN)


**ORDER**

**SARAH NETBURN, United States Magistrate Judge:**

On December 19, 2024, this case was assigned to my docket upon consent of the parties.
ECF Nos. 33-34. Fact discovery closed in this matter on December 13, 2024. ECF No. 31. The
parties are ORDERED to meet and confer to discuss whether either party intends to file a motion
for summary judgment or, in the alternative, to discuss a reasonable schedule for trial. The
parties are FURTHER ORDERED to file a joint letter by January 6, 2025, proposing either a
briefing schedule for summary judgment submissions or a schedule for trial.

**SO ORDERED.**

_____
SARAH NETBURN
United States Magistrate Judge

DATED:       December 20, 2024
             New York, New York